

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MINUTE ORDER - Telephone Conference**

JUDGE : McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Sue Engledow

---

Case No.: 4:11-CV-711-A       <u>Richard Bowden, et al. v. Kathryn Wilemon, et al.</u>

Date Held:  2/8/12

Time:       2:57 p.m. - 3:18 p.m. (21 mins)

---

For plaintiffs: James Runzheimer

For Hulme: Kern Allen Lewis

For City & Wilemon: Denise Wilkerson, Melinda Barlow

Discussion of issue raised in complaint as to final disposition of proposed order following October 2009 hearing concerning plaintiffs' retaining wall, and of defendants' motions to dismiss.

Hearing concluded.